UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Criminal No. 06-20674

BOBBIE SMITH,

    HON. PAUL D. BORMAN

    Defendant.

_____/

## ORDER AMENDING BOND

**IT IS HEREBY ORDERED** that for the reasons stated on the record on January 3, 2008, defendant's bond is amended with the following conditions:

Defendant is to reside with Ms. Shelton, undergo electronic monitoring with a curfew as directed, submit to drug testing as directed, report as directed to pretrial services, seek and/or maintain employment.

_____
PAUL D. BORMAN
United States District Judge

Dated: 1-3-08